THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GEEHRENG, Appellant. [955 NYS2d 530]

The County Court properly designated the defendant a level two sex offender. Contrary to the defendant's contention, the County Court properly assessed 15 points under risk factor 11 (Drug or Alcohol Abuse-History of Abuse) (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 15 [2006]; *People v Gulley*, 99 AD3d 979 [2012]; *People v Deturris*, 90 AD3d 727 [2011]; *People v Harris*, 74 AD3d 767 [2010]). Rivera, J.P., Dillon, Leventhal and Chambers, JJ., concur.